# EUSTACE PREZIOSO YAPCHANYK & YANG
## ATTORNEYS AT LAW

EDWARD M. EUSTACE
RICHARD C. PREZIOSO
CHRISTOPHER M. YAPCHANYK
LAUREN S. YANG

MAUREEN E. PEKNIC
ANTHONY J. TOMARI
ROBERT M. MAZZEI
ROBERT M. MICHELL
MILES A. LINEFSKY
HILLARY A. FRAENKEL

55 Water Street • 28th Floor
New York, NY 10041
TEL (212) 612-4200
FAX (212) 612-4284

Not a Partnership or Professional Corporation
Employees of ACE American Insurance Company, a Chubb Company

August 22, 2024

PETER T. MENSCHING
MICHELLE L. VIZZI
HEATHER MARTONE-SANTOS
MARY M. HOLUPKA
MARIEL T. CRIPPEN
KADION D. HENRY

OF COUNSEL
ALAN J. HARRIS
BHAVLEEN K. SABHARWAL

---

*Application granted in part. The initial pretrial conference is canceled. But the parties must submit the joint letter and case management plan (with an end date for discovery on or before January 10) described in the Court's June 3rd Order (dkt. 6) by August 28, 2024. The Court will also refer this case for mediation but the Court DOES NOT adjourn or delay litigation for mediation.*

*The Clerk of Court is directed to terminate the motion at Dkt. 8.*

*SO ORDERED.*

*Arun Subramanian, U.S.D.J.*
*Date: August 23, 2024*

---

**By ECF**

Hon. Arun Subramanian
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Perez Jr. v. Wong Chew, Copley Coffee 1, LLC et al.*
      Civil Action Number:  1:24-cv-04154 (AS)(GWG)

Dear Judge Subramanian:

I am a member of Eustace Prezioso Yapchanyk & Yang, attorneys for the defendant Copley Coffee 1, LLC ("Defendant[1]") in the above-referenced litigation. I submit this letter jointly with Plaintiff to request an immediate referral of this dispute to the Southern District's Mediation Program and a concomitant adjournment of the Initial Conference currently scheduled for Thursday, August 29, 2024. We also request, with the consent of Plaintiff, that the Defendant's time to respond to the complaint be adjourned to one week after the mediation. This is the first request to adjourn the Preliminary Conference and to extend the answer deadline in this matter.

This joint request is being made as counsel for Plaintiff and Defendant have engaged in early settlement discussions and are cautiously hopeful that they may be able to resolve this matter at the outset with only minimal involvement by the Court.

---

[1] Copley Coffee 1, LLC is the only Defendant that has appeared in this litigation.

Hon. Arun Subramanian
United States District Judge
**Re:** *Perez, Jr. v. Wong Chew, et al.*
August 22, 2024
Page 2

      Thank you for your consideration of this request.

                                                Respectfully submitted,
                                                EUSTACE PREZIOSO YAPCHANYK &
                                                YANG

                                                Anthony J. Tomari

cc/ECF:   *Counsel of Record*